## Case No. 3,417.

### CROPPER v. NELSON.

[3 Wash. C. C. 125.][1]

Circuit Court, D. Pennsylvania. Oct. Term, 1811.

#### INTERESTED WITNESS.

1. In an action on a bill of exchange, brought by the endorsee of the second endorser, against

[1] [Originally published from the MSS. of Hon. Bushrod Washington, Associate Justice of the Supreme Court of the United States, under the supervision of Richard Peters, Jr., Esq.]

the payee, who had endorsed the bill to the plaintiff; the plaintiff's endorser cannot be a witness to prove that the bill belongs to him.

2. Exchange is to be settled at the rate prevailing at the time of the verdict.

[Cited in Weed v. Miller, Case No. 17,346.]

Action on a bill against the payee, who endorsed it to one B., in blank, who endorsed it in full to the plaintiff. The defendant offered B., to prove that he is the real owner of this bill, in order to show a want of jurisdiction in the court; B. being a citizen of this state.

BY THE COURT. The witness cannot be admitted to swear himself into an interest. It would be a great temptation to perjury to admit him.

THE COURT directed the jury to settle the exchange, (this being a sterling bill,) as of this day, which is from 18 to 20 per cent. below par.